**Order entered June 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00791-CR
No. 05-20-00792-CR
No. 05-20-00793-CR

**SHAWN PATRICK THURMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-25733-W, F19-25734-W & F19-25735-W**

**ORDER**

Before the Court is the State's June 14, 2021 motion for an extension of time to file its brief in the above appeals. We **GRANT** the motion and **ORDER** the brief received along with the motion filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE